U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allstate Insurance Company as Subrogee of Stuart and Maxine Marder<br><br>vs.<br><br>Laptops for Less, Inc., A California Corporation | FILED: APRIL 30, 2008<br>08CV2472    PH<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Allstate Insurance Company as Subrogee of Stuart and Maxine Marder

| |
|---|
| NAME (Type or print)<br>Anooj M. Thakrar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anooj M. Thakrar |
| FIRM<br>Grotefeld & Hoffmann, LLP |
| STREET ADDRESS<br>180 N. LaSalle Street, Suite 1810 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282170 | TELEPHONE NUMBER<br>312-551-0200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐