U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allstate Insurance Company as Subrogee of Stuart and Maxine Marder | FILED: APRIL 30, 2008 |
| | 08CV2472   PH |
| vs. | JUDGE PALLMEYER |
| Laptops for Less, Inc., A California Corporation | MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Allstate Insurance Company as Subrogee of Stuart and Maxine Marder

| | |
|---|---|
| NAME (Type or print) | |
| Daniel G. Galivan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel G. Galivan | |
| FIRM | |
| Grotefeld & Hoffmann, LLP | |
| STREET ADDRESS | |
| 180 N. LaSalle Street, Suite 1810 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6200479 | 312-551-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |