IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Stuart and Maxine Marder, <br><br> Plaintiff, <br><br> v. <br><br> LAPTOPS FOR LESS, INC., a California corporation, <br><br> Defendant. | Case No.: 08CV2472 PH <br> Judge Rebecca R. Pallmeyer |

## REPORT OF PARTIES PLANNING MEETING AND
## RULE 26(f) DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f), the following Discovery Plan was developed by Anooj M. Thakrar, Counsel for Plaintiff, and Steven M. Mahoney, Counsel for Defendant. The consultation between the parties took place on June 27, 2008 and yielded an agreement that resolution of this matter will likely require at least 12 months. The parties agreed as follows:

**I.    SUMMARY OF CASE**

This subrogation action was filed by Allstate Insurance Company alleging products liability and breach of implied warranty against Laptops for Less, Inc. for the fire that occurred on December 2, 2005 at the home of Allstate's insureds, Stuart and Maxine Marder. Allstate has alleged the fire was caused by a failure in a laptop battery which was sold by Defendant, Laptops for Less, Inc. Allstate alleges damages in the amount of $299,822.83.

Laptops for Less has not yet answered Allstate's complaint, but has indicated that it will do so by July 2, 2008. Laptops for Less has further advised that it may be able to identify the manufacturer of the subject laptop battery; however, the manufacturer is likely a Chinese corporation. This, of course, could delay proposed the discovery timeline in the event the foreign manufacturer is joined at a later date.

**II.   DISCOVERY PLAN**

**a.    Initial Disclosures under Rule 26(a)(1):**

Proposed deadline of July 30, 2008.

b.  **Settlement Conference:**

To date, the parties have not conducted any settlement discussions in this matter. However, both parties will be willing to avail themselves to a settlement conference once 26(a)(1) disclosures have been completed.

c.  **Discovery in Phases:**

At this time, the parties do not see the need to segment discovery in this case.

d.  **Amendment of Pleadings and Joinder of Parties:**

September 26, 2008.

e.  **Plaintiffs to Disclose Experts in Accordance with Rule 26(a)(2):**

December 1, 2008.

f.  **Defendants to Disclose Experts in Accordance with Rule 26(a)(2):**

January 15, 2009.

II. **CLOSE OF DISCOVERY AND NON-DISPOSITIVE MOTIONS:**

a.  **All Non-Dispositive Motion to be Filed With the Court by:**

February 28, 2009

b.  **All Discovery to be Completed by:**

February 28, 2009.

III. **DISPOSITIVE MOTIONS AND TRIAL**

a.  **All Dispositive Motions to be Filed With the Court by:**

April 15, 2009

b.  **Final Pretrial:**

To be determined by the Court.

c.  **Suggested Trial Date:**

To be determined by the Court.

IV.  **Consent to Magistrate**

Should the Court see fit, the parties do consent to proceed before a Magistrate Judge.

Respectfully Submitted,

ALLSTATE INSURANCE COMPANY
as subrogee of Stuart and Maxine Marder,

By: _____
One of its Attorneys

Anooj M. Thakrar
GROTEFELD & HOFFMANN, LLP
180 N. LaSalle Street
Suite 1810
Chicago, Illinois 60601
(312) 551-0200
Firm No.: 43728

LAPTOPS FOR LESS, INC.,

By: _____
One of its Attorneys

Steven M. Mahoney
Law Offices of Thaddeus J. Gustafson
2 N. LaSalle Street
Chicago, Illinois 60602
(312) 384-7677