## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of	Case Number: 08 CV 02472

ALLSTATE INSURANCE COMPANY, as Subrogee of Stuart and Maxine Marder, Plaintiff,
v.
LAPTOPS FOR LESS, INC., a California Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant, LAPTOPS FOR LESS, INC.

| | |
|---|---|
| NAME (Type or print) Amanda L. Zink | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Amanda L. Zink | |
| FIRM Law Offices of Thaddeus J. Gustafson | |
| STREET ADDRESS Two North LaSalle Street, Suite 2510 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6283384 | TELEPHONE NUMBER (312) 782-7191 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

I.D. No. 6283384
03503-SMM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| as Subrogee of Stuart and Maxine Marder, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2472 |
| | ) | |
| v. | ) | Assigned Judge: Rebecca R. Pallmeyer |
| | ) | |
| LAPTOPS FOR LESS, INC., a California | ) | Magistrate Judge: Geraldine Soat Brown |
| Corporation, | ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Anooj M. Thakrar/Daniel G. Sullivan/Brad M. Gordon
     Grotefeld & Hoffman, LLP
     180 North LaSalle Street
     Suite 1810
     Chicago, IL  60601

   Please take notice that on the 27th day of June, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant, Laptops for Less, Inc.'s Attorney Appearance.*

                               LAW OFFICES OF THADDEUS J. GUSTAFSON


                               / S / Amanda L. Zink
                               _____
                               Amanda L. Zink, Attorney for Defendant, Laptops
                               for Less, Inc.

Amanda L. Zink, ARDC No. 6283384
LAW OFFICES OF THADDEUS J. GUSTAFSON
Two North LaSalle Street
Suite 2510
Chicago, Illinois  60602

PROOF OF SERVICE BY E-FILING & MAIL

      Mary Beth Ochsenfeld certifies that she electronically filed the foregoing notice and pleading with the Clerk of the Court using the CM/ECF system which forwarded notification of such filing to the attorneys of record on the attached Service List on the 27th day of June, 2008 pursuant to Fed.R.Civ.P. 5(a). In the event any of the attorneys of record do not receive CM/ECF notifications, copies of the above documents will be served upon those parties by mailing a copy via U.S. Mail on the 27th day of June, 2008.

/ S / Mary Beth Ochsenfeld
_____
Mary Beth Ochsenfeld