I.D. No. 3127403
03503-SMM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ) | | |
| as Subrogee of Stuart and Maxine Marder, ) | | |
| ) | | |
| Plaintiff, ) | Case No. 08 CV 2472 | |
| ) | | |
| v. ) | Assigned Judge:  Rebecca R. Pallmeyer | |
| ) | | |
| LAPTOPS FOR LESS, INC., a California ) | Magistrate Judge:  Geraldine Soat Brown | |
| Corporation, ) | | |
| ) | Jury Trial Demanded | |
| Defendant. ) | | |

## LOCAL RULE 3.2 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, LAPTOPS FOR LESS, INC., furnishes the following in compliance with Local Rule 3.2:

1. The following are all parent corporations for Laptops for Less, Inc.:

   None.

2. The following are public held companies that own 10 percent (10%) or more of Laptops for Less, Inc.

   None.

LAW OFFICES OF THADDEUS J. GUSTAFSON


/ S / Steven M. Mahoney
_____
Steven M. Mahoney, Attorney for Defendant,
Laptops for Less, Inc.

Steven M. Mahoney, I.D. #3127403
LAW OFFICES OF THADDEUS J. GUSTAFSON
Two North LaSalle Street
Suite 2510
Chicago, Illinois  60602
(312) 782-7191

I.D. No. 3127403
03503-SMM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| as Subrogee of Stuart and Maxine Marder, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2472 |
| | ) | |
| v. | ) | Assigned Judge: Rebecca R. Pallmeyer |
| | ) | |
| LAPTOPS FOR LESS, INC., a California | ) | Magistrate Judge: Geraldine Soat Brown |
| Corporation, | ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Anooj M. Thakrar/Daniel G. Sullivan/Brad M. Gordon
      Grotefeld & Hoffman, LLP
      180 North LaSalle Street
      Suite 1810
      Chicago, IL  60601

   Please take notice that on the 27th day of June, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant, Laptops for Less, Inc.'s Local Rule 3.2 Disclosure Statement*.

                              LAW OFFICES OF THADDEUS J. GUSTAFSON


                              / S / Steven M. Mahoney
                              _____
                              Steven M. Mahoney, Attorney for Defendant,
                              Laptops for Less, Inc.

Steven M. Mahoney, ARDC No. 3127403
LAW OFFICES OF THADDEUS J. GUSTAFSON
Two North LaSalle Street
Suite 2510
Chicago, Illinois  60602

PROOF OF SERVICE BY E-FILING & MAIL

      Mary Beth Ochsenfeld certifies that she electronically filed the foregoing notice and pleading with the Clerk of the Court using the CM/ECF system which forwarded notification of such filing to the attorneys of record on the attached Service List on the 27th day of June, 2008 pursuant to Fed.R.Civ.P. 5(a).  In the event any of the attorneys of record do not receive CM/ECF notifications, copies of the above documents will be served upon those parties by mailing a copy via U.S. Mail on the 27th day of June, 2008.

      / S / Mary Beth Ochsenfeld
      _____
      Mary Beth Ochsenfeld