**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Allstate Insurance Company
                            Plaintiff,

v.                                                   Case No.: 1:08−cv−02472
                                                   Honorable Rebecca R. Pallmeyer

Laptops for Less, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 7/2/2008. Plaintiff is given to and including 9/26/2008 to amend all pleadings, and to 9/26/2008 to add any additional parties. Defendant is given to and including 9/26/2008 to amend all pleadings, and to 9/26/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 12/1/2008. Defendant shall comply with FRCP(26)(a)(2) by 1/15/2009. Discovery ordered closed by 2/27/2009. Dispositive motions with supporting memoranda due by 4/15/2009. Status hearing set for 10/2/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.