I.D. No. 3127403
03503-SMM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Stuart and Maxine Marder, | ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 2472 |
| v. | ) ) | Assigned Judge: Rebecca R. Pallmeyer |
| LAPTOPS FOR LESS, INC., a California Corporation, | ) ) ) | Magistrate Judge: Geraldine Soat Brown |
| Defendant. | ) | Jury Trial Demanded |

### AFFIDAVIT OF PHIL BLUNDO

I, Phil Blundo, having been duly sworn under oath, depose and state as follows:

1. My name is Phil Blundo, and I am employed by Laptops for Less as the Purchasing Manager.

In my position with Laptops for Less, I am familiar with the business operations and the records of the company. In reviewing the records of the company, if the battery pack described in the Plaintiff's Complaint was distributed by Laptops for Less, then that battery pack was manufactured by Porta Power Flat 106-107 1/F Hopeful Factory 10-16 Wo Shing ST Fotan NT Hong Kong, phone number 011-852-2687-6323, facsimile 011-852-2687-6312.

FURTHER AFFIANT SAYETH NOT

_____
Phil Blundo

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 18th DAY OF August, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MARY BETH OCHSENFELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES DEC. 29, 2009

Steven M. Mahoney   I.D. #3127403
LAW OFFICES OF THADDEUS J. GUSTAFSON
Two North LaSalle Street
Suite 2510
Chicago, Illinois   60602
(312) 782-7191

I.D. No. 6187566
03503-SMM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ) | | |
| as Subrogee of Stuart and Maxine Marder, ) | | |
| ) | | |
| Plaintiff, ) | Case No. 08 CV 2472 | |
| ) | | |
| v. ) | Assigned Judge: Rebecca R. Pallmeyer | |
| ) | | |
| LAPTOPS FOR LESS, INC., a California ) | Magistrate Judge: Geraldine Soat Brown | |
| Corporation, ) | | |
| ) | Jury Trial Demanded | |
| Defendant. ) | | |

## NOTICE OF FILING

TO:   Anooj M. Thakrar/Daniel G. Sullivan/Brad M. Gordon
      Grotefeld & Hoffman, LLP
      180 North LaSalle Street
      Suite 1810
      Chicago, IL  60601

   Please take notice that on the 25th day of August, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Affidavit of Phil Blundo*.

                               LAW OFFICES OF THADDEUS J. GUSTAFSON


                               / S /   Steven M. Mahoney
                               _____
                               Steven M. Mahoney, Attorney for Defendant,
                               Laptops for Less, Inc.

Thaddeus J. Gustafson, ARDC No. 6187566
LAW OFFICES OF THADDEUS J. GUSTAFSON
Two North LaSalle Street
Suite 2510
Chicago, Illinois  60602

PROOF OF SERVICE BY E-FILING & MAIL

      Mary Beth Ochsenfeld certifies that she electronically filed the foregoing notice and pleading with the Clerk of the Court using the CM/ECF system which forwarded notification of such filing to the attorneys of record on the attached Service List on the 27th day of June, 2008 pursuant to Fed.R.Civ.P. 5(a).  In the event any of the attorneys of record do not receive CM/ECF notifications, copies of the above documents will be served upon those parties by mailing a copy via U.S. Mail on the 25th day of August, 2008.

      / S /   Mary Beth Ochsenfeld
      _____
      Mary Beth Ochsenfeld